| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| TRANSFER OF JURISDICTION | | 02-CR-1006 |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Bradley Stark<br><br>16960 Washington Street<br><br>Riverside, CA 92504 | Eastern District | Brooklyn |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Allyne R. Ross | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 6/16/04 | TO 6/15/07 |

| OFFENSE |
|---|
| Utter Forged and Counterfeit Security |

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____EASTERN_____ DISTRICT OF _____NEW YORK_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____Central District of California_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____4/18/05_____           _____
      Date                                                United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____CENTRAL_____ DISTRICT OF _____CALIFORNIA_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____          _____
    *Effective Date*                                          *United States District Judge*