**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

August 22, 2005

Clerk, United District Court
Eastern District of New York @ Brooklyn

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y
* AUG 2 6 2005 *
BROOKLYN OFFICE

Re: Transfer of Jurisdiction of Probation
   Your Case No. _____ 02-CR-1006 (ARR)
   Assigned Our Case No. _____ CR 05-00782 NM
   Case Title: _____ STARK, Bradley

Dear Sir/Madam:

Enclosed is the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge _____ Consuelo B. Marshall _____ .

Please forward to this district court certified copies of the following documents:
1) Indictment, Information, or Complaint
2) Judgment and Probationary Order
3) If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

Sincerely,

Clerk, U.S. District Court

By _E. Synagogue_ _[signature]_
   Deputy Clerk

Mailed to: USDC
640 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

cc: Probation Office, Los Angeles
    Probation Office, District of Origin

---

CR-25 (12/01)   **TRANSMITTAL LETTER - PROBATION TRANSFER-IN**

#8042 ORIGINAL San Bernardino 732

| PROB 22 (Rev. 2/88) | | | DOCKET NUMBER (Tran. Court) 02-CR-1006 |
|---|---|---|---|
| TRANSFER OF JURISDICTION | | | DOCKET NUMBER (Rec. Court) CR-05-282-NM |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE Bradley Stark 16960 Washington Street Riverside, CA 92504 | DISTRICT Eastern District | | DIVISION Brooklyn |
| | NAME OF SENTENCING JUDGE The Honorable Allyne R. Ross | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO 6/15/07 |
| OFFENSE Utter Forged and Counterfeit Security | | | |

FILED CLERK, U.S. DISTRICT COURT AUG 1 2 2005 CENTRAL DISTRICT OF CALIFORNIA BY _____ DEPUTY

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. AUG 26 2005 BROOKLYN OFFICE

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __EASTERN__ DISTRICT OF __NEW YORK__

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Central District of California__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

__7/18/05__
Date

Signed by J. Ross on 7/18/05

*This sentence may be deleted in the discretion of the transferring Court

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __CENTRAL__ DISTRICT OF __CALIFORNIA__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

__8/12/05__
Effective Date

__[signature]__
United States District Judge

30